JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts**

**Place of Offense:** | **Category No.** II | **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Mario Castro | Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ____

Address (City & State) Dorchester, MA

Birth date (Yr only): 1968 SSN (last4#): 8662 Sex M Race: Hispanic Nationality: USA

**Defense Counsel if known:** ____ Address ____

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA** Karen Beausey | Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No | List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______________

**Name of Defendant** Mario Castro

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH



16cr10320 SEALED

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Allston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jeffrey Carlo Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Dorchester, MA

Birth date (Yr only): 1988 SSN (last4#): 6351 Sex M Race: Hispanic Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Jeffrey Carlo

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Qunicy

**County** Norfolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name James Giannetta Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Quincy, MA

Birth date (Yr only): 1955 SSN (last4#): 1723 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** Vikas Dhar Address 1 Constitution Center

**Bar Number** ______ Suite 300
Charlestown, MA 02129

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 3

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** James Giannetta

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 8 |
| Set 3 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 4 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 5 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

## JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Allston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Jesse Gillis Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) San Diego, CA

Birth date (Yr only): 1985 SSN (last4#): 2303 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Jesse Gillis

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ____ Case No. ____
Same Defendant ____ New Defendant ____
Magistrate Judge Case Number ____
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ____

**Defendant Information:**

Defendant Name Jorge Grandon Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ____

Address (City & State) Boston, MA

Birth date (Yr only): 1969 SSN (last4#): 6267 Sex M Race: Hispanic Nationality: USA

**Defense Counsel if known:** ____ Address ____

**Bar Number** ____

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ____

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ____

☐ Already in Federal Custody as of ____ in ____.
☐ Already in State Custody at ____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ____ on ____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Jorge Grandon

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 6 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Chelsea

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Christopher Halfond Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Carlsbad, CA

Birth date (Yr only): 1981 SSN (last4#): 2757 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested ☐ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Christopher Halfond

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 2 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Matthew Metz Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Allston, MA

Birth date (Yr only): 1975 SSN (last4#): 5989 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** John Calcagni Address 1 Custom House Street
Suite 300
Providence, RI 02903

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 5

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Matthew Metz

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possedd with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 4 |
| Set 4 | 21 U.S.C. § 841(a)(1) | Distribution of Methamphetamine | 5 |
| Set 5 | 18 U.S.C. § 1956(h) | Conspiracy to Launder Monetary Instruments | 10 |
| Set 6 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 7 | 18 U.S.C. § 982(a)(1) | Money Laundering Forfeiture Allegation | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts**

**Place of Offense:** | **Category No.** II | **Investigating Agency** FBI

**City** Chelsea

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Russell Ormiston | Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Chelsea, MA

Birth date (Yr only): 1966 SSN (last4#): 9354 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey | Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No | List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

**District Court Case Number** (To be filled in by deputy clerk): ____________

**Name of Defendant** Russell Ormiston

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** — **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Daniel Ponce Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Boston, MA

Birth date (Yr only): 1978 SSN (last4#): 2415 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______ .
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ______

**Name of Defendant** Daniel Ponce

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 9 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ______

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Bruce Reisman Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Boston, MA

Birth date (Yr only): 1959 SSN (last4#): 2415 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** Michael Doolin Address 512 Gallivan Blvd. #8 Dorchester, MA 02124

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Bruce Reisman

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with the Intent to Distribute | 1 |
| Set 2 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** ____________________

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH

JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet** **U.S. District Court - District of Massachusetts**

**Place of Offense:** **Category No.** II **Investigating Agency** FBI

**City** Chelsea

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. ______ Case No. ______
Same Defendant ______ New Defendant ______
Magistrate Judge Case Number ______
Search Warrant Case Number See attached sheet
R 20/R 40 from District of ______

**Defendant Information:**

Defendant Name Steven Beadles Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name ______

Address (City & State) Chelsea, MA

Birth date (Yr only): 1958 SSN (last4#): 6527 Sex M Race: Caucasian Nationality: USA

**Defense Counsel if known:** ______ Address ______

**Bar Number** ______

**U.S. Attorney Information:**

**AUSA** Karen Beausey Bar Number if applicable CA 155258

**Interpreter:** ☐ Yes ☑ No List language and/or dialect: ______

**Victims:** ☐ Yes ☑ No If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested ☑ Regular Process ☐ In Custody

**Location Status:**

**Arrest Date** ______

☐ Already in Federal Custody as of ______ in ______.
☐ Already in State Custody at ______ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: ______ on ______

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ______ ☐ Misdemeanor ______ ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 11/9/16 Signature of AUSA: [signature]

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): ____________________

**Name of Defendant** Steven Beadles

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine | 1 |
| Set 2 | 21 U.S.C. § 841(a)(1) | Possession of Methamphetamine with Intent to Distribute | 3 |
| Set 3 | 21 U.S.C. § 853 | Drug Asset Forfeiture Allegation | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

# JS-45 ATTACHMENTS

**SEARCH WARRANTS**

15-4146-DHH
15-4184-DHH
15-4185-DHH
15-4186-DHH
15-4187-DHH
15-4428-DHH
16-4000-DHH
16-4001-DHH
16-4002-DHH
16-4004-DHH
16-4005-DHH
16-4006-DHH
16-4007-DHH
16-4008-DHH
16-4009-DHH
16-4010-DHH
16-4019-DHH
16-4061-DHH
16-4062-DHH
16-4063-DHH
16-4064-DHH
16-4065-DHH
16-4066-DHH
16-4067-DHH
16-4068-DHH
16-4069-DHH
16-4070-DHH
16-4071-DHH
16-4072-DHH
16-4073-DHH
16-4074-DHH
16-4075-DHH
16-4076-DHH
16-4077-DHH
16-4078-DHH
16-4079-DHH
16-4080-DHH
16-4081-DHH
16-4082-DHH
16-4083-DHH
16-4326-DHH

**TRACKING WARRANTS**

15-4193-DHH
15-4216-DHH
15-4298-DHH
15-4428-DHH