# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

————————————————————

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | ) |
|  | ) |
| **JAMES GIANNETTA** | ) |
| **Defendant.** | ) |

**CASE NO. 16-CR-10320-GAO**

————————————————————

## ASSENTED-TO MOTION OF DEFENDANT TO EXTEND DEADLINE FOR FILING REPLY

Defendant James Giannetta moves for a two week extension of the deadline for filing his reply to the government's opposition to his motion to compel drug testing information to July 6, 2018.

As grounds for this motion, the defendant states that, at the last status conference, the court set a reply deadline of June 22, 2018.  Since that time the government has provided additional discovery relevant to the motion. The defendant's expert Heather Harris has been been unavailable due to her commitments in another case and has not yet had a chance to review the government's opposition in light of the additional discovery provided to determine what if anything still needs to be produced.. Therefore, the defendant seeks a two week extension to permit counsel to consult with Ms. Harris to prepare the reply.

This extension will not impact the scheduled trial date of November 5, 2018 and no hearing has yet been scheduled on the motion. The government assents to this request.

Wherefore, the defendant requests that the June 22, 2018 reply deadline be extended to two weeks to July 6, 2108.

Respectfully Submitted,


JAMES GIANNETTA
By his attorney,


/s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)
PO Box 133
Dublin, NH 03444
Griffin@LawJMG.com, (617) 283-0954

June 22, 2018



**CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on all parties of record by ECF filing on

June 22, 2018.


/s/ Joan M. Griffin
Joan M. Griffin