UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 16-Cr-10320-GAO |
| | ) | |
| (2) JAMES GIANNETTA, | ) | |
| | ) | |
| Defendant. | ) | |

The United States of America, by Assistant United States Attorneys James E. Arnold and Jared C. Dolan, hereby submits the accompanying witness list.

The Government reserves the right to amend its witness as may be necessitated by further review of the evidence, stipulations, defense submissions, and/or events at trial.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:   */s/ James E. Arnold*
    JAMES E. ARNOLD
    JARED C. DOLAN
    Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ James E. Arnold
JAMES E. ARNOLD
Assistant United States Attorney

Date:   January 7, 2019

United States v. James Giannetta, et al.
No. 16-Cr-10320-GAO

LIST OF POTENTIAL GOVERNMENT WITNESSES

1. Detective Pedro Arce (retired)
   San Diego Harbor Police
   San Diego, CA

2. Special Agent Lise Baillargeon
   FBI
   Boston, MA

3. Postal Inspector Chris Cipoletta
   U.S. Postal Inspection Service
   Boston, MA

4. Detective Brian Coen
   Quincy Police Department
   Quincy, MA

5. Task Force Officer John Comeau
   FBI
   Boston, MA

6. Task Force Officer Ryan Desmond
   FBI
   Boston, MA

7. Postal Inspector Edward Phillips
   United States Postal Inspection Service
   Boston, MA

8. Postal Inspector Ana Flores
   U.S. Postal Inspection Service
   San Diego, CA

9. Zachary Forsyth
   Star Market
   Quincy, MA

10. Inspector Phil Garn (retired)
    U.S. Postal Inspection Service
    San Diego, CA

11. Lauren George
    Financial Analyst
    Contractor, US Attorney's Office - Boston
    Boston, MA

12. Task Force Officer Mark Gibbons
    FBI
    Boston, MA

13. Jesse Gillis
    Weymouth, MA

14. Michael Hitchcock
    Senior Forensic Chemist
    United States Postal Inspection Service
    Dulles, VA

15. Task Force Officer Robert MacHugh
    FBI
    Boston, MA

16. Supervisory Special Agent Scott McDermott
    FBI
    Boston, MA

17. Task Force Officer Dan McIntyre
    FBI
    Boston, MA

18. Daniel Ponce
    Everett, MA

19. Bruce Reisman
    Boston, MA

20. James Robbins
    Star Market
    Quincy, MA

21. Task Force Officer Jason Sutherland
    DEA
    Boston, MA

22. Ally M. Southerland
    Crime Scene Specialist
    San Diego Police Department
    San Diego, CA

23. Officer Elias Uskokovic
    San Diego Harbor Police
    San Diego, CA

24. Custodian of Records
    Bank of America