# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 16-CR-10320-GAO** |
| | ) | |
| **JAMES GIANNETTA, ET AL.** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT GIANNETTA'S EXHIBIT LIST

The defendant James Giannetta submits the following exhibit list.

The defendant reserves the right to amend its exhibits as may be necessitated by further review of the evidence, stipulations, government submissions, and/or events at trial.

Respectfully Submitted,

JAMES GIANNETTA,
By his attorneys,

/s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)
PO Box 133
Dublin, NH 03444
griffin@lawjmg.com
(617) 283-0954

Date:   Jan. 8, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on all parties of record by ECF filing on Jan. 8, 2019.

 _/s/ Joan M. Griffin_
 Joan M. Griffin

United States v. James Giannetta, et al.
No. 16-Cr-10320-GAO
GIANNETTA EXHIBIT LIST

| No. | Description |
|---|---|
| 1 | Scooby Email from Gillis |
| 2 | DEA Report – Giannetta Debriefing for Reactivation - 6-15-2010 |
| 3 | DEA Report – Giannetta Case Initiation - 12-2-2008 |
| 4 | DEA Report - Surveillance Based on Giannetta Information - 11-21-2008 |
| 5 | DEA Report - Debriefing of Giannetta - 12-19-2007 |
| 6 | DEA Report – Giannetta Debriefing for Reactivation - 5-30-2007 |
| 7 | Giannetta MGH Medical Records Excerpt – Neurophsychological Evaluation – 11-29-2017 |