UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff,                           )<br>)<br>    v.                                        )<br>)<br>JAMES GIANNETTA                )<br>)<br>    Defendant.                         )<br>) | Case No. 16-CR-10320-PBS |

DEFENDANT GIANNETTA'S AMENDED EXHIBIT LIST

The defendant James Giannetta submits the following amended exhibit list. The defendant reserves the right to further amend his exhibits as may be necessitated by further review of the evidence, stipulations, government submissions and/or events at trial.

                                            Respectfully Submitted,

                                            JAMES GIANNETTA,
                                            By his attorney,

                                             /s/ Joan M. Griffin
                                            Joan M. Griffin (BBO# 549522)
                                            PO Box 133
                                            Dublin, NH 03444
                                            griffin@lawjmg.com
                                            (617) 283-0954

Date:  Feb. 11, 2019

## **CERTIFICATE OF SERVICE**

I hereby certify that the above document was served on all parties of record by ECF filing on Feb 11, 2019.

                                                                                                   /s/ Joan M. Griffin  
                                                                                                  Joan M. Griffin

United States v. James Giannetta
16-CR-10320-PBS
DEFENDANT GIANNETTA'S AMENDED EXHIBIT LIST

| No. | Description | Bates # / Original Location |
|-----|-------------|------------------------------|
| 1 | Email from Gillis to Giannetta Dated 4/11/2016. Subject Scooby. | Grand Jury Exhibit 28 |
| 2 | DEA 6 Dated 6/15/2010<br>RE: Reactivation | Giannetta_00025 thru Giannetta_00028 |
| 3 | DEA 6 Dated 12/2/2008<br>RE: Case Initiation | Giannetta_00031 thru Giannetta_00032 |
| 4 | DEA 6 Dated 11/21/2008<br>RE: Surveillance 11/18/2008 | Giannetta_00033 thru Giannetta_00034 |
| 5 | DEA 6 Dated 12/19/2007<br>RE: Supervisory Debriefing | Giannetta_00069 thru Giannetta_00071 |
| 6 | DEA 6 Dated 5/30/2007<br>RE: Reactivation (Interviews Nov/Dec 2006) | Giannetta_00077 thru Giannetta_00081 |
| 7 | Giannetta excerpts from Medical Records<br>MGH Neurophsychological evaluation Dated 11/29/2017 | Electronic copy provided to Government |
| 8 | Giannetta forward Gillis email to Murray - Gmail Dump - April 30 2012 | USAO100830 |
| 9 | Giannetta email from Murray - Gmail Dump - May 18 2012 | USAO100836 |