**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 13

| 1. Program Code | 2. Cross File | Related Files | 3. File No. | 4. G-DEP Identifier |
|---|---|---|---|---|
| 5. By: Eugene M. DiFiore, SA  At: Boston FDO | ☒ ☐ ☐ ☐ ☐ | ▇▇▇▇ | 6. File Title  ▇▇▇▇ | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | ☐ | | 8. Date Prepared  11-30-2010 | |

9. Other Officers: See Officer(s) Section.

10. Report Re: Acquisition of Exh.s 2, 6, & 7 and Exh.s N-9, N-9a, and N-12 thru 24 on 11/19/10, Seized From the Residence of James GIANNETTA.

### SYNOPSIS

On November 18, 2010 subsequent to the arrest of James GIANNETTA, investigating Agents received consent to search GIANNETTA's residence located at #160 Crabtree Road in Quincy, MA. During the course of the search a number of drug and non drug exhibits were seized.

### DETAILS

1. Reference is made to all previous Reports of Investigation (ROI) written to the above listed case file and title.

2. On November 19, 2010 at approximately 12:38a.m., members of the Drug Enforcement Administration and the Boston Police Department executed a consent search of #160 Crabtree Road, Quincy, MA, also known as the residence of James GIANNETTA. GIANNETTA was arrested early that evening (November 18th) in the Financial District of Boston, MA subsequent to receiving a delivery of crystal methamphetamine. GIANNETTA later authorized Agents/Officers to search his Quincy, MA residence in its entirety.

3. Upon arriving to the GIANNETTA's Crabtree Road residence it was determined the house was unoccupied. SA Michael Cashman knocked and announced the presence of law enforcement, after which received no

| 11. Distribution:  Division BOSTON FLD DIV  District  Other SARI | 12. Signature (Agent)  Eugene M. DiFiore, SA | 13. Date  02-14-2011 |
|---|---|---|
| | 14. Approved (Name and Title)  /s/ Leo E Ducey, RAC | 15. Date  02-25-2011 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00012

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

| | |
|---|---|
| 1. File No. ▮ | 2. G-DEP Identifier ▮ |
| 3. File Title ▮ ▮ | |

4. Page 2 of 13

5. Program Code

6. Date Prepared: 11-30-2010

return response. Agents/Officers then entered the home and executed a cursory search confirming it was unoccupied. However, once the cursory search was completed, GIANNETTA's roommate, ▮ arrived home. CASTILLO, DOB: ▮1965 requested that he stay during the search of the residence. It should be noted that ▮ sat in the living room area during the entire search as witnessed by Sgt. Jerry Connelly and Ofc. Steve Raynie of the Quincy Police Department.

4. During the search of the residence Agents/Officers located a number of items of evidentiary value consisting of both drug and non drug exhibits. First, during the search of the upstairs bedrooms, specifically the bedroom identified as GIANETTA's, SA Cashman located a United States Postal Service "Express Mail" receipt under the keyboard on GIANNETTA's desk. The receipt, marked as Exhibit N-12, identified what Agents believed was a payment/shipment of money from GIANNETTA to ▮ of Palmdale, CA on November 12, 2010. ▮ is the girlfriend of GIANNETTA's crystal methamphetamine source of supply, ▮

5. Additionally, SA Cashman discovered a shipment receipt from the United Parcel Service (UPS) Store for a November 10, 2010 shipment to ▮ The UPS receipt, represented a previous payment/shipment of money to ▮ The UPS receipt was marked as Exhibit N-13. SA Cashman later identified a bag of assorted documents in the drawer of GIANNETTA's desk. The assorted documents included, but were not limited to bank records, a mortgage bill, handwritten ledgers, a T-Mobile telephone bill, and other assorted handwritten documents. The bag and all of its contents was marked as Exhibit N-14.

6. After a continued search of GIANNETTA's bedroom, Sgt. William Feeney located a micro bug detector on the top shelf of the closet. A micro bug detector of this nature would be utilized to detect radio

DEA Form -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00013

**U.S. Department of Justice**
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** (Continuation) | 1. File No. ■ | 2. G-DEP Identifier ■ |
| | 3. File Title ■ ■ | |
| 4. Page 3 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

frequencies emitted by electronic surveillance devices deployed by law enforcement. For example, a micro bug detector would have been used by GIANNETTA to alert him to the presences of eavesdropping devices, video equipment, and/or electronic transmitters. GIANNETTA was well aware of similar devices utilized by law enforcement and knew the potential for said devices to exist. The micro bug detector was seized and later placed into evidence as Exhibit N-15.

7. Found by Ofc. Kevin Guy in GIANNETTA's bedroom closet, also located on the shelf was a small brown cardboard box containing a small zip lock baggie. The baggie was filled with a clear blue crystallized substance. It was learned during the course of the consent search that the clear blue crystallized substance was allegedly a "joke gift" GIANNETTA received from a friend. According to GIANNETTA, as related by SA Steven Story, the clear blue crystallized substance resembled "TINA" a form of crystal methamphetamine died blue. (Agents Note: Although it has not been confirmed, in actual "blue" crystal methamphetamine the color was likely due to the introduction of dye or pigmentation compounds. However, as of yet none of these substances have been positively identified.) SA Story informed SA Eugene DiFiore, when asked GIANNETTI denied attempting to sell or pass off the clear blue crystallized substance as actual crystal methamphetamine. The unidentified clear blue crystallized substance was later marked as Exhibit N-16.

8. Also discovered by Ofc. Guy in the bedroom closet was a second cardboard box found in a yellow bag. The box further contained a large clear rock like crystal substance, extremely similar in appearance to crystal methamphetamine. After further examination it was determined that the crystal substance was a type of deodorant/astringent in the form of a rock crystal. GIANNETTA did at one point admit to SA Story that he (GIANNETTA) intended to sell the rock crystal as crystal methamphetamine. The rock crystal was seized and marked as Exhibit N-17.

DEA Form  -6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00014

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| | 3. File Title ▮ ▮ | |
| 4. Page 4 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

9. Again, located by Ofc. Guy on the same shelf of GIANNETTA's bedroom closet were two small clear plastic bottles containing a clear liquid believed to be Gamma-Hydroxybutyric Acid, commonly known as "GHB." The two bottles were seized and later marked as Exhibit 6. Prior to concluding the search of the bedroom closet, Sgt. Feeney located two cardboard boxes; one brown box with its shipping label removed and one United States Postal Service "Priority Mail" box, also void of its shipping label. The two boxes were kept together and marked as one exhibit, Exhibit N-18. It should be noted that it is common place for individuals involved in the trafficking of crystal methamphetamine to have packages containing crystal methamphetamine shipped from source states, typically California, Arizona, and Texas. As not to identify themselves or their criminal associates the shipping labels are removed and destroyed.

10. Finally, discovered by SA Cashman in GIANNETTA's bedroom was an undetermined amount of US Currency. The US Currency was removed from two locations within the bedroom; the top dresser drawer and a small gray Sentry safe positioned on the floor of the closet. Found with the US Currency were assorted bank envelopes utilized as ledgers and bank deposit/withdrawal slips for cash transactions. The US Currency, marked as Exhibit N-9 totaled $8,837.00. The bank envelopes utilized as ledgers and bank deposit/withdrawal slips were collected and marked as Exhibit N-9a.

11. It should be noted that two handguns were located in the nightstand drawer to the left of the GIANNETTA's bed. The handguns, described as one nickel plated Smith and Wesson 9mm Model 39-2 (S/N 658094) w/magazine and one blued Ruger .22 caliber semi-automatic pistol (S/N 291433) were ultimately transferred to the Bureau of Alcohol Tobacco and Firearms for trace and safekeeping. The handguns were not kept as non-drug evidence, as a result did not require exhibit numbers.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00015

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. [redacted] | 2. G-DEP Identifier [redacted] |
|---|---|---|
| | 3. File Title [redacted] | |
| 4. Page 5 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

12. Once the search of GIANNETTA's bedroom was complete, Agents/Officers directed their attention to the search of a spare bedroom located between GIANNETTA's bedroom and a third bedroom used by [redacted] The spare bedroom appeared to be utilized for storage and computer gaming. Located by Ofc. Kevin Guy within the spare bedroom was a thirty two ounce bottle (containing only trace amounts of a clear liquid) of "1.4 Butanediol." The distributor, listed as ALLSTAR LAB, 1255 Centerpoint Rd., in Birmingham, AL, is well known to the Drug Enforcement Administration as a source of supply for individuals participating in the use of GHB and Gamma-Butyrolactone, also known as GBL. All three chemicals, GHB, GBL, and Butanediol produce an intoxicating effect when ingested. The bottle was secured and later marked as Exhibit N-19.

13. Simultaneously, as Agents/Officers searched GIANNETTA's bedroom and the spare bedroom, additional Agents/Officers executed a search of the bedroom occupied by [redacted] Officer John Samaras and Detective John Harber located various items of interest. First, located in the top dresser draw by Det. Harber was a plastic bag containing an undetermined amount of a green leafy substance believed to be marijuana. The marijuana was secured and later marked as Exhibit 2.

14. Discovered by Ofc. Samaras underneath the bottom drawer of [redacted] bedside nightstand were two packages mailed to/in the name of [redacted] 38 Greenlodge St., Canton, MA. One package sent to [redacted] by [redacted] of Argentina contained blister packs of 130 2mg Alprazolam tablets (generic form of XanaX). The Alaprazolam tablets, later marked as Exhibit 7 were wrapped in carbon paper prior to being mailed to [redacted] It is common practice for individuals trafficking illegal drugs to wrap them in carbon paper. Drug traffickers believe it gives them a distinct advantage with regards to drug detection from both x-ray machines and drug detecting canines. Prior to being processed, Exhibit 7 was removed from its

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00016

**U.S. Department of Justice**
Drug Enforcement Administration

## REPORT OF INVESTIGATION
(Continuation)

| | |
|---|---|
| 1. File No. ███████1 | 2. G-DEP Identifier ███ |
| 3. File Title ███ ███ | |

4. Page 6 of 13

5. Program Code

6. Date Prepared: 11-30-2010

---

original packaging. The packaging, consisting of the addressed envelope, bubble wrap, and carbon paper was later entered into evidence and marked as Exhibit N-20.

15. Found along side Exhibit 7 was the second packaged mailed to ███ by ███ It should be noted that the handwriting on both packages appeared to be written by the same individual. The second package contained US Currency totaling $2,000.00. The US Currency was marked as Exhibit N-21 and processed in the usual manner. The envelope originally used as packaging for the US Currency was entered into evidence and later marked as Exhibit N-21a.

16. Upon completing the search of ███ bedroom, Ofc. Samaras directed his attention to the hall closet located at the top of the staircase. Located under a stack of towels, Ofc. Samaras found a handwritten ledger, which listed names and initials of individuals that paid GIANNETTA for unknown amounts of crystal methamphetamine. The ledger also listed money owed to GIANNETTA for the same. Subsequently, the ledger was seized and later marked as Exhibit N-22.

17. Later located by SA Cashman on the coffee table of the first floor living room were assorted documents relative to GIANNETTA's trafficking of crystal methamphetamine. The documents consisted of a United States Postal Service "Express Mail" receipt identifying what Agents believed was a payment/shipment of money from GIANNETTA to ███ for ███ on November 17, 2010. Next, a receipt for $100.00 from Mario's Motor Inn located in Peabody, MA. A handwritten note relative to a shipment of crystal methamphetamine intercepted by law enforcement approximately a week earlier. And last, bank records for a Citizens Bank checking account believed to be GIANNETTA's. The documents were kept together and marked as one exhibit, Exhibit N-23.

18. Moments before terminating the consent search of GIANNETTA's home, SA DiFiore located a portable, battery operated mini digital

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00017

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. ▉▉▉▉ | ▉▉▉▉ |
|---|---|---|
| | 3. File Title ▉▉ ▉▉ | |
| 4. Page 7 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

scale "ES-Series," black with a silver tray, and collapsible lid. According to statements made by GIANNETTA while interviewed, the scale was used in furtherance of the distribution of crystal methamphetamine. The scale was discovered in a file cabinet drawer of GIANNETTA's office, located in the basement of his home. The scale was later marked as Exhibit N-24.

19. The consent search was terminated at approximately 2:30a.m.

## OTHER OFFICER

1. Quincy Police Department, Sgt. Jerry Connelly and Officer Steve Raynie, Boston Police Department, Sgt. William Feeney, Officer Kevin Guy, Officer John Samaras, and Det. Jon Harber. Drug Enforcement Administration, Special Agent Michael Cashman.

## CUSTODY OF DRUG EVIDENCE

1. Exhibit 2 is fully described as an undetermined amount of a green leafy substance (suspected marijuana) sealed in a clear plastic bag. Exhibit 2 was located by Det. John Harber in the top dresser drawer of ▉▉▉▉ bedroom. Exhibit 2 was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit 2 to SA Norman Houle for processing. SA Houle later transferred custody of Exhibit 2 to the Northeast Regional Laboratory via Registered Mail Return Receipt Requested for safekeeping and analysis.

2. Exhibit 6 is fully described as two (2) small clear plastic bottles containing a clear liquid substance (suspected GHB/1.4 Butanediol) located by Ofc. Kevin Guy in James GIANNETTA's bedroom closet. Exhibit 6 was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit 6 to SA Norman Houle for processing. SA Houle later relinquished custody of Exhibit 6 to Det. Steven Lee for processing. On a later date, Det.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00018

**U.S. Department of Justice**
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No. ■ | 2. G-DEP Identifier ■ |
|---|---|---|
| | 3. File Title ■ ■ | |
| 4. Page 8 of 13 | | |
| 5. Program Code | 6. Date Prepared<br>11-30-2010 | |

    Lee transferred Exhibit 6 to the New Hampshire State Police Laboratory for safekeeping.

3. Exhibit 7 is fully described as blister packs of 130(ct) 2mg Alprazolam tablets (generic form of XanaX) Exhibit 7 was located by Ofc. John Samaras in the bottom nightstand drawer of ■ bedroom. Exhibit 7 was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit 7 to SA Norman Houle for processing. SA Houle later relinquished custody of Exhibit 7 to Det. Steven Lee for processing. On a later date, Det. Lee transferred Exhibit 7 to the New Hampshire State Police Laboratory for safekeeping.

**CUSTODY OF NON DRUG EVIDENCE**

1. Exhibit N-9 is fully described as $8,837.00 in US Currency located by SA Michael Cashman in the bedroom of James GIANNETTA. Exhibit N-9 was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit N-9 to SA Norman Houle for processing. SA Houle later converted Exhibit N-9 into an official bank check (#20238335-8) paid to the order of the US Marshals Service.

2. Exhibit N-9a is fully described as bank envelopes utilized as ledgers and bank deposit/withdrawal slips. Exhibit N-9a originally contained US Currency marked as Exhibit N-9. Exhibit N-9a was discovered by SA Michael Cashman in a small gray Sentry safe positioned on closet floor of GIANNETTA's bedroom. Exhibit N-9a was seized by SA Eugene DiFiore, as witnessed SA Cashman. Care and Custody of Exhibit N-9a was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-9a to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

3. Exhibit N-10 – Previously reported.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00019

U.S. Department of Justice
Drug Enforcement Administration

| | | |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ▬ | 2. G-DEP Identifier ▬ |
| | 3. File Title ▬ ▬ | |
| 4. Page 9 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

4. Exhibit N-11 – Previously reported.

5. Exhibit N-12 is described as a United States Postal Service "Express Mail" receipt, addressed to ▬ of Palmdale, CA. Exhibit N-12 was found by SA Michael Cashman under the keyboard on GIANNETTA's bedroom desk. Exhibit N-12, was seized by SA Eugene DiFiore, as witnessed by SA Cashman. Care and Custody of Exhibit N-12 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-12 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

6. Exhibit N-13 is described as a shipment receipt from the United Parcel Service (UPS) Store addressed to ▬ of Palmdale, CA. Exhibit N-13 was found along side Exhibit N-12 by SA Michael Cashman under the keyboard on GIANNETTA's bedroom desk. Exhibit N-13, was seized by SA Eugene DiFiore, as witnessed by SA Cashman. Care and Custody of Exhibit N-13 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-13 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

7. Exhibit N-14 is described as a bag of assorted documents discovered by SA Michael Cashman in the drawer of GIANNETTA's bedroom desk. Exhibit N-14 is further described as bank records, a mortgage bill, handwritten ledgers, a T-Mobile telephone bill, and other assorted handwritten documents. Exhibit N-14, was seized by SA Eugene DiFiore, as witnessed by SA Cashman. Care and Custody of Exhibit N-14 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-14 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

8. Exhibit N-15 is described as a micro bug detector located by Sgt. William Feeney on the top shelf of GIANNETTA's bedroom closet. Exhibit N-15 was seized by SA Eugene DiFiore, as witnessed by Sgt.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00020

**U.S. Department of Justice**
Drug Enforcement Administration

| | |
|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 1. File No. ███ ███ <br> 3. File Title ███ ███ |
| 4. Page 10 of 13 | |
| 5. Program Code | 6. Date Prepared <br> 11-30-2010 |

Feeney. Care and Custody of Exhibit N-15 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-15 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

9. Exhibit N-16 is described as a small brown cardboard box containing a small zip lock baggie filled with a clear blue crystallized substance. Exhibit N-16 was located by Ofc. Kevin Guy in GIANNETTA's bedroom closet. Exhibit N-16 was seized by SA Eugene DiFiore, as witnessed by Ofc. Guy. Care and Custody of Exhibit N-16 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-16 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

10. Exhibit N-17 is described as a cardboard box, further containing a large clear rock like crystal substance, extremely similar in appearance to crystal methamphetamine. Exhibit N-17 was discovered by Ofc. Guy in the bedroom closet. Exhibit N-17 was seized by SA Eugene DiFiore, as witnessed by Ofc. Guy. Care and Custody of Exhibit N-17 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-17 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

11. Exhibit N-18 is described as two cardboard boxes; one brown box with its shipping label removed and one United States Postal Service "Priority Mail" box also void of its shipping label. Sgt. Feeney located Exhibit N-18 in GIANNETTA's bedroom closet. Exhibit N-18 was seized by SA Eugene DiFiore, as witnessed by Sgt. Feeney. Care and Custody of Exhibit N-18 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-18 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00021

U.S. Department of Justice
Drug Enforcement Administration

**REPORT OF INVESTIGATION**
(Continuation)

1. File No.: ▮
2. G-DEP Identifier: ▮
3. File Title: ▮ ▮

4. Page 11 of 13
5. Program Code:
6. Date Prepared: 11-30-2010

12. Exhibit N-19 is described as a thirty two ounce bottle (containing only trace amounts of a clear liquid) of "1.4 Butanediol." Exhibit N-19 was located by Ofc. Kevin Guy in the second floor spare bedroom. Exhibit N-19 was seized by SA Eugene DiFiore, as witnessed by Ofc. Guy. Care and Custody of Exhibit N-19 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-19 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

13. Exhibit N-20 is described as the original materials used to ship/package Exhibit 7. Exhibit N-20 is more fully described as an envelope addressed to ▮ bubble wrap, and carbon paper. Exhibit N-20 was discovered by Ofc. Samaras underneath the bottom drawer of CASTILLO's bedside nightstand. Exhibit N-20 was seized by SA Eugene DiFiore, as witnessed by Ofc. Samaras. Care and Custody of Exhibit N-20 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-20 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

14. Exhibit N-21 is fully described as $2,000.00 in US Currency located by Ofc. John Samaras in the bottom nightstand drawer in ▮ ▮ bedroom. Exhibit N-21 was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit 21 to SA Norman Houle for processing. SA Houle later converted Exhibit N-21 into an official bank check (#20238408) paid to the order of the US Marshals Service.

15. Exhibit N-21a is described as the original packaging addressed to ▮ used to ship Exhibit N-21. Exhibit N-21a was located by Ofc. John Samaras in the bottom nightstand drawer in ▮ ▮ bedroom. Exhibit N-21a was seized by SA Eugene DiFiore as witnessed by SA Michael Cashman. SA DiFiore transferred care and custody of Exhibit 21a to SA Norman Houle for processing. On a later

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00022

**U.S. Department of Justice**
Drug Enforcement Administration

| | 1. File No. ▮ | 2. G-DEP Identifier ▮ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▮ ▮ | |
| 4. Page 12 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

    date, SA Houle deposited Exhibit N-21a to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

16. Exhibit N-22 is described a handwritten ledger listing names and initials of individuals that paid GIANNETTA for unknown amounts of crystal methamphetamine. Exhibit N-22 was found by Ofc. John Samaras in the upstairs hall closet, under a stack of towels. Exhibit N-22 was seized by SA Eugene DiFiore as witnessed by Ofc. Samaras. SA DiFiore transferred care and custody of Exhibit 22 to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-22 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

17. Exhibit N-23 is described as assorted documents relative to a shipment of crystal methamphetamine intercepted by law enforcement. Exhibit N-23 was located by SA Cashman on the coffee table of the first floor living room. Exhibit N-23, was seized by SA Eugene DiFiore, as witnessed by SA Cashman. Care and Custody of Exhibit N-23 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-23 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

18. Exhibit N-24 is described as a battery operated mini digital scale "ES-Series," black with a silver tray, and collapsible lid. Exhibit N-24 was located by SA Eugene DiFiore in a file cabinet drawer of GIANNETTA's basement office. Exhibit N-24 was seized by SA DiFiore as witnessed by SA Michael Cashman. Care and Custody of Exhibit N-24 was later transferred to SA Norman Houle for processing. On a later date, SA Houle deposited Exhibit N-24 to the Manchester, NH Resident Office, Non Drug Evidence Custodian for safekeeping.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00023



| | 1. File No. ▇ | 2. G-DEP Identifier ▇ |
|---|---|---|
| **REPORT OF INVESTIGATION** *(Continuation)* | 3. File Title ▇ ▇ | |
| 4. Page 13 of 13 | | |
| 5. Program Code | 6. Date Prepared 11-30-2010 | |

| DEA Form - 6a | DEA SENSITIVE |
| (Jul. 1996) | Drug Enforcement Administration |

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

GIANNETTA_00024