UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 16-Cr-10320-PBS |
| ) | |
| (2) JAMES GIANNETTA, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF INFORMATION**
**FILED PURSUANT TO 21 U.S.C. § 851 (ECF DKT. 315)**

The United States hereby withdraws the Information filed on May 7, 2018 (ECF Dkt. 315). As grounds therefor, the United States notes as follows:

1. On December 20, 2018, the President signed the First Step Act of 2018. Section 401 of the First Step Act modified the bases for seeking an enhanced mandatory minimum and maximum sentence for defendants who previously have been convicted of certain predicate offenses.

2. Based upon the definitions of "serious drug felony" as defined in the newly-enacted 21 U.S.C. § 802(57) and "serious violent felony" as defined in newly-enacted 21 U.S.C. § 802(58), defendant **JAMES GIANNETTA** is no longer eligible for an increased punishment based upon the prior conviction set forth in the previously-filed Information.

    Respectfully submitted,

    ANDREW E. LELLING
    United States Attorney

By:    /s/ *James E. Arnold*
    JAMES E. ARNOLD
    JARED C. DOLAN
    Assistant U.S. Attorneys

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED: February 13, 2019.

        /s/ *James E. Arnold*
        JAMES E. ARNOLD
        Assistant U.S. Attorney