AO 442 (Rev. 01/09) Arrest Warrant

 2563290

**FILED IN CLERKS OFFICE**

2019 FEB 15 PM 3:16

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

**U.S. DISTRICT COURT DISTRICT OF MASS.**

United States of America )
v. )
) Case No. 16cr 10320 GAO DHH
James Giannetta )
*Defendant* )

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Giannetta,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine in violation of 21 U.S.C. sec. 846
Distribution of Methamphetamine in violation of 21 U.S.C. sec. 841(a)(1)
Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. sec 1956(h)

Date: 11/9/16

*Issuing officer's signature*

City and state: Boston, Massachusetts

Hon. Donald L. Cabell    Antonia Alves-Baptista, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST / ARRAIGNMENT OF
DEFENDANT ON 11/17/2016

*Arresting officer's signature*

*Printed name and title*