**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**JAMES GIANNETTA**<br>Defendant. | )<br>)<br>)<br>)<br>)   **CASE NO. 16-CR-10320-PBS**<br>)<br>)<br>)<br>) |

## DEFENDANT JAMES GIANNETTA'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR RELEASE PENDING SENTENCING

Defendant James Giannetta moves for leave to file a brief reply in opposition to the government's opposition to his motion for release pending sentencing.

As grounds for this motion, the defendant states that he believes a brief response to the government's arguments will assist the court in ruling on the motion.

Respectfully Submitted,

JAMES GIANNETTA
By his attorney,

/s/ Joan M. Griffin
Joan M. Griffin (BBO# 549522)
PO Box 133
Dublin, NH 03444
Griffin@LawJMG.com, (617) 283-0954

March 15, 2019

1

3/19/19
Allowed
Patti B Saris