UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES GIANNETTA<br><br>Defendant | CRIMINAL No. 16-10320-PBS |

## MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM AND EXHIBIT

On March 14, 2019, after Defendant James Giannetta declined to provide a HIPAA waiver that would have allowed the government to independently investigate the medical conditions upon which he relies in his Motion for Bail Pending Sentencing, the government conducted additional investigation. The results of that investigation are pertinent to one of the defendant's factual assertions in support of his motion. The government respectfully requests leave to file a two-page memorandum and a one-page exhibit so as to fully apprise the Court and counsel of the results of its investigation in advance of the bail hearing on March 18, 2019.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   /s/ Jared C. Dolan
JARED C. DOLAN
JAMES E. ARNOLD
Assistant United States Attorneys

3/19/19

Allowed

[signature]