UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES GIANNETTA, )<br>)<br>Defendant. )<br>) | Case No. 16-CR-10320-PBS |

### DEFENDANT'S NOTICE CONCERNING SENTENCING

The Defendant will seek a departure from the guidelines and a non-guidelines sentence as set forth in his Sentencing Memorandum. He has addressed any outstanding legal issues in his Sentencing Memorandum.

There are disputed issues of fact to be decided by the court at sentencing, specifically role in the offense and amount of drugs attributable to the defendant. Mr. Giannetta will not present live testimony but will rely on his Sentencing Memorandum and a binder of supporting exhibits filed under seal which include proffer statements of cooperating witnesses, Mr. Giannetta's recorded interview by law enforcement, grand jury testimony and documents provided in discovery.

Respectfully Submitted,

James Giannetta,

By his attorney,

                /s/ Joan M. Griffin  
                Joan M. Griffin (BBO# 549522)  
                PO Box 133  
                Dublin, NH  03444  
                griffin@lawjmg.com  
                (617)283-0954  

Date:   May 10, 2019

## CERTIFICATE OF SERVICE

I hereby certify that the above document was served on all parties of record by ECF filing on May 10, 2019.

                /s/ Joan M. Griffin  
                Joan M. Griffin