# EXHIBIT ONE

FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   05/13/2019

On May 13, 2019 at approximately 11:15 am a phone interview was conducted with Trp. Sean Murray with the Massachusetts State Police. Participating in the interview was, AUSA Jim Arnold, AUSA Jared Dolan and TFO Rob MacHugh. The purpose for the interview was to document Murray's contact with JAMES GIANNETTA.

All Dates are estimates:

Murray stated around 2010 while working with the DEA Group 3 as a Task Force Office (TFO) a search warrant was conducted on JAMES GIANNETTA'S real estate office locate in the financial district or south end area of Boston. The search warrant was conducted after a Crystal Methamphetamine investigation. Shortly after the investigation, GIANNETTA was signed up as a Confidential Informant (CI) by Murray as his direct handler through the Attorney General's Office. Murray explained what GIANNETTA was authorized to do while acting as a CI and GIANNETTA clearly understood his role. GIANNETTA was mostly used as a source of information by Murray due to his knowledge of crystal methamphetamine, GHB and Special K. GIANNETTA did cooperate in proactive cases but his role was limited in introducing an Under Cover (UC) to a dealer. Murray believed GIANNETTA may have also conducted a controlled purchase for an investigation.

GIANNETTA worked as a CI for Murray between 2010 to 2013, although Murray was uncertain. Murray believed his last contact with GIANNETTA was no later than 2014. Murray left the Task Force in 2014. Murray told GIANNETTA that is not authorized to engage in any criminal activity unless he was acting under the direct authorization and supervision of law enforcement. Murray never gave GIANNETTA permission to buy or sell drugs without authorization to further an investigation.

Murray stated that he met with Agents prior to leaving the Task Force. At that time Agents told Murray GIANNETTA was a target of a FBI investigation. Murray stated he never contacted GIANNETTA after meeting with the FBI to close him as a CI because Murray did not want to tip off GIANNETTA. By informing GIANNETTA he was closed would raise suspicion.

Investigation on   05/13/2019   at   Watertown, Massachusetts, United States (Phone)

File #                                                        Date drafted   05/13/2019

by   Robert J. MacHugh

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of (U) Phone Interview of MSP Trp. Sean Murray, On 05/13/2019, Page 2 of 2

Murray stated he may have received an email communication from GIANNETTA while he was signed up as a CI. MURRAY was uncertain when the email came but believed it contained a photo. Murray also was not sure which email GIANNETTA sent it to. Murray stated if the email or any other contact was attempted by GIANNETTA after speaking with Agents, Murray would not have answer or responded.

At no time has GIANNETTA told Murray that he was getting pounds of crystal methamphetamine from San Diego CA. If Murray knew GIANNETTA was getting pounds of crystal methamphetamine, GIANNETTA would no longer be a CI but a target.