TRULINCS 02453036 - GIANNETTA, JAMES W - Unit: SEA-A-A

---

FROM: 02453036
TO: Giannetta, Esther
SUBJECT: clerk,certified
DATE: 02/05/2020 03:42:34 PM

2020 FEB 13 PM 1: 09

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Feb. 5, 2020

Clerk of the Court
US District Court
One Courthouse Way
Boston, MA 02210

Re: USA v. Giannetta, 1:16-cr-10320-PBS-2

Dear Mr. Clerk:

  This is now my fourth request regarding transcripts and other information. The last 3 have gone unanswered so I am beginning to question the mail system and/or its delivery. I have less than 3 months left to file my 2255 and can not possibly do so without my transcripts or without assistance of a skilled attorney. There are at least a dozen issues to be addressed properly and I can not possibly do so since I have had absolutely no address to my neurological issues. It took me over 5 months to get a copy of my PSI due to the total lack of assistance from my former "attorney" Joan Griffin.

  I am sending this letter by certified mail so that I can figure out where the mail system problem is so that I will not miss any deadlines during the upcoming months.

  I have attached copies and references from all my prior communications. Could you please address the 3 issues from the letter(s) of 12/2/19 and 1/8/2020, as well as item 11 from the 8/23/19 letter.

  Thank you for your anticipated assistance

  Respectfully,

James Giannetta
02453-036
FCI Seagoville
PO Box 9000
Seagoville, TX 75159

Certified mail # 7016 0910 0001 9163 1557  Postage attached  $5.00

TRULINCS 02453036 - GIANNETTA, JAMES W - Unit: SEA-A-A

---

FROM: 02453036
TO: Giannetta, Esther
SUBJECT: court
DATE: 12/02/2019 12:31:20 PM

*2nd Request 1/8/2020*

December 2, 2019

Clerk of the Court
US District Court
Moakley Courthouse
One Courthouse Way
Boston, MA 02210

Re:...USA v. Giannetta, 1:16-cr-10320-PBS-2

Dear Mr. Clerk:

   1)...On October 5, 2019, a relative sent you a check to cover the costs of the transcripts that I had requested in September. On October 9, 2019, that check cleared the bank. Could you please let me know when I could expect those documents.

   2)...Could you please send me a list of all CJA panel attorneys and/or the address to where I would send that request

   3)...Could you please tell me the name of Judge Saris' clerk and the appropriate address to which I could direct a request

Thank you for your assistance in these matters.

Respectfully,

James Giannetta
02453-036
FCI Seagoville
PO Box 9000
Seagoville, TX 75159

TRULINCS 02453036 - GIANNETTA, JAMES W - Unit: SEA-A-A

---

FROM: 02453036
TO: Magee, Richie
SUBJECT: to the court, dont send yet
DATE: 08/18/2019 06:04:10 PM

August 16, 2019

Clerk of the Court
United States District Court
Moakley US Courthouse
1 Courthouse way
Boston, MA 02210

Re: USA v. Jesse Gillis. James Giannetta, et al
    Case # _____
    Hon. Chief Judge Patty B. Sarris

Dear Mr. or Madam Clerk:

I am in need of some information, documents and forms relative to the above-entitled case. I'm sorry but I do not know the case number. Could you please provide me with the following information:

1) The case number

2) The docket sheet for this case

3) The cost of the minutes of the Plea Hearing

4) The cost of the minutes of the Sentencing Hearing, for 5/17 as well as 5/20

5) How I can obtain a copy of the PSI

6) Any forms relating to proceeding in forma pauperis

7) Any forms relating to the filing of a motion under 18 USC 3582

8) Any forms relating to the filing under 28 USC 2255

9) Any forms relating to requesting an Appointment of Counsel (other than Joan Griffin)

10) Any sort of a Manual For pro se Litigants Appearing Before the United States District Court for the District of Mass.

11) A copy of the letter from the Bureau of Prisons to the Hon. Judge Patty B. Sarris , detailing why the BOP chose to NOT follow her recommendation for my being placed in a Medical Facility, in particular MDC Ft. Devens

12) Any informational package that you might have that relates to the filing of a 42USC 1983 action

I am currently an inmate at FCI Seagoville, in Seagoville, Texas, a non-medical facility. My former attorney Joan Griffin refuses to respond to me in any way since a 3 minute phone call I made to her in May, wherein I asked her to assist me by contacting a civil lawyer friend of mine and simply telling him that she was no longer counsel of record...She refused to do so and hung up on me. Thus I have no ability whatsoever to access any legal documents in this matter. I no longer have any family left that i can contact to assist me since my mother died on 8/2. I have no ability to pay for any of the requested items.

Thank you in advance for your assistance



UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

**Robert M. Farrell**
**CLERK OF COURT**

To: James Giannetta
F.C.I. - Seagoville
P.O. Box 900
Seagoville, TX 75159

Date: 08/22/2019

**COPY**

RE: REQUEST FOR COPIES

This office is in receipt of your request, dated 08/22/2019, for the following copies: Copy of all documents electronically available in criminal docket 1:16-cr-10320-PBS-2

I have reviewed the court's records and calculated the cost of your request.

Please remit payment with a copy of this letter within 5 days after receipt to the address above, to the attention of the cashier. Make checks payable to "Clerk, United States District Court." Upon receipt of your payment, this request will be processed promptly and the documents sent to you at the address above.

| Item | Number | Cost |
|---|---|---|
| Copies of record or document not accessible electronically at a public terminal ($0.50 per page) | Number of pages: | $0.00 |
| Copies of rules, guides or other non-case material from court website ($0.50 per page) | Number of pages: | $0.00 |
| Copies of CM/ECF documents accessible electronically at a public terminal ($0.10 per page) | Number of pages: 963 | $96.30 |
| Searches ($31.00 per name searched) | Number of searches: | $0.00 |
| Certification of documents ($11.00 per document certified) | Number of documents certified: | $0.00 |
| Retrieval of files from the archive ($64.00 for 1st box) ($39.00 for each additional box) | Number of boxes retrieved: | $0.00 |
| Apostilles or exemplification of documents ($22.00 per document) | Number of apostilles or exemplifications: | $0.00 |
| For reproducing and transmitting a copy of an electronic record stored outside of the court's electronic case management system ($31.00 per document) | Number of documents: | $0.00 |
| SmartScan electronic record retrieval from NARA-FRC facility (fee is for one document; only documents 100 pages or less are eligible) $19.90 + $0.65 per page | Number of pages: | $0.00 |
| TOTAL DUE      PAID IN FULL ☒ | | $96.30 |

If you have any questions I may be reached at (617) 748-4223 or by email at n/a.

Sincerely,

*Timothy D. Deliranci*
Deputy Clerk

cc: copy file, cashier

**CERTIFIED MAIL**

7016 0910 0001 9163 7557

◇02453-036◇
Moakley Us Courthouse
Suite 2500
01 Courthouse WAY
Boston, MA 02210
United States

◇02453-036◇
James Giannetta
FCI Seagoville
2 N Highway 175   P.O. Box 9000
02453036
Seagoville, TX 75159
United States

RECEIVED 07