UNITED STATES DISTRIC COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | Crim. No. 16-CR-10320-PBS |
| V. ) | |
| ) | |
| JAMES GIANNETTA ) | |
| ) | |

## MOTION FOR APPOINTMENT AS CJA COUNSEL

Undersigned counsel, Janet E. Glenn, respectfully moves pursuant to 18 U.S.C. §3006A and this Court's General Order 20-17 for an order appointing her as CJA counsel for purpose of determining defendant James Giannetta's potential eligibility for early release and, if appropriate, seeking such relief. In support of this motion, counsel states as follows:

1. The Federal Defender's Officer referred this matter to undersigned counsel pursuant to General Order 20-16, *In re: Coronavirus Public Emergency*, which has since been superseded by General Order 20-17, *In re: Coronavirus Public Emergency*.

2. The FDO requested that counsel seek appointment pursuant to 18 U.S.C. §3006A.

3. Mr. Giannetta was previously represented in the case by CJA-appointed counsel. The FDO thus assigned this mater to undersigned counsel pursuant to General Order 20-17 ¶ 7(b) ("If the CJA counsel is ...unavailable...to undertake the representation, the FPD may...assign the matter to another CJA counsel.").

4. Undersigned counsel is admitted to practice before this Court and is a member of this Court's CJA panel and is thus eligible for appointment pursuant to General Order 20-17 ¶ 7(b).

*Page 1 of 2*

5.      Appointment will permit counsel to access Mr. Giannetta's presentence report, pursuant to General Order 20-17 ¶ 1, to assist in making a determination whether he may be eligible for early release.

## CONCLUSION

Based on the foregoing, undersigned counsel respectfully requests that the Court appoint her as CJA counsel in accordance with 18 U.S.C. §3006A and this Court's General Order 20-17.

                                                  Respectfully submitted
                                                  James Giannetta
                                                  By his attorney

                                                  /s/*Janet E. Glenn, Esquire*

                                                  1380 Main Street, #409
Dated: May 8, 2020                         Springfield, MA  01103
                                                  BBO# 672316
                                                  janetglenn1014@gmail.com

## CERTIFICATE OF SERVICES

      I hereby certify that this document filed through the ECF system will be sent to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.