UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES GIANNETTA<br><br>    Defendant | CRIMINAL No. 16-10320-PBS |

ASSENTED TO MOTION TO STAY PROCEEDINGS AS TO JAMES GIANNETTA

The United States of America respectfully requests that the Court stay all proceedings concerning defendant James Giannetta's motion for compassionate release.

On July 3, 2020, Giannetta filed a motion for compassionate release pursuant to 18 U.S.C. § 3582. In the motion, Giannetta claimed, *inter alia*, that he had tested positive for COVID-19 and was not receiving adequate medical care. That same day, the government contacted the Bureau of Prisons to obtain Giannetta's medical records, disciplinary history, administrative request for compassionate release, and other materials that the government typically obtains in the course of responding to motions such as this.

On July 6, 2020, the government received records from the Bureau of Prisons. The medical records confirmed Giannetta's positive test for COVID-19. Most notably, the records revealed that Giannetta had been transferred to Dallas Regional Medical Center for medical treatment related to COVID-19 symptoms.

Based on this updated information, the government respectfully requests that the Court stay all proceedings related to Giannetta's motion for compassionate release. The government requests that the Court order the government to file a joint status report on July 20, 2020,

providing an update as to the defendant's condition and proposing filing deadlines for further proceedings.

On July 6, 2020, the government contacted Janet Glenn, counsel for Giannetta, who assented to this motion.

                              Respectfully submitted,

                              ANDREW E. LELLING
                              United States Attorney

By:    /s/ Jared C. Dolan
        JARED C. DOLAN
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants .

/s/ Jared C. Dolan
Assistant United States Attorney

Date: July 6, 2020